UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HUNTSMAN, LLC AND | * | CIVIL ACTION |
| LIBERTY INTERNATIONAL | * | |
| | * | |
| *Plaintiffs* | * | NO. |
| | * | |
| VERSUS | * | SECTION " " |
| | * | |
| BLESSEY MARINE SERVICE, INC. | * | |
| | * | MAG. (  ) |
| *Defendant* | * | |
| | * | |
| * * * * * * * * * * * | | |

**COMPLAINT**

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The Complaint of plaintiffs Huntsman, LLC ("Huntsman") and Liberty International ("Liberty") (collectively, "Plaintiffs") in a cause of action for cargo loss and damage, upon information and belief, respectfully aver as follows:

1.

Jurisdiction is conferred upon this Court pursuant to Admiralty Jurisdiction, 28 U.S.C. § 1333 and Art. III of the United States Constitution. Jurisdiction is also conferred upon this Court pursuant to diversity jurisdiction, 28 U.S.C. § 1332, as there is complete diversity among the parties and the matter in controversy exceeds $75,000.00, exclusive of interest and costs. This is an Admiralty and Maritime claim within the meaning of Rule 9(h) of the Supplemental Admiralty Rules

of the Federal Rules of Civil Procedure for the United States District Courts.

2.

Venue is proper in the District Court for the Eastern District of Louisiana pursuant to 28 U.S.C.A. § 1391, as the sole defendant Blessey Marine Service, Inc. ("Blessey") resides in this judicial district.

3.

Plaintiff Huntsman was and now is a limited liability company organized and existing under the laws of a State other than Louisiana, and at all times pertinent hereto, was the owner and/or shipper of the subject cargo of Neodene (hereinafter referred to as the "Cargo").

4.

Plaintiff Liberty International was and now is a duly authorized foreign insurer, and at all times pertinent hereto was the insurer of the Cargo described herein.

5.

Defendant Blessey was and now is a corporation organized, created and existing pursuant to the laws of the State of Louisiana with its principal place of business located in Harahan, Louisiana, and at all times pertinent, was the owner and/or operator of the tank barge WEB 135.

6.

Blessey is justly and truly indebted unto Plaintiffs for all elements of damages allowed by law, and in an amount sufficient to compensate Plaintiffs for the damages and losses as set forth

herein, with legal interest and costs as allowed by law.

7.

In September 2013, Huntsman chartered the tank barge WEB 135 from Blessey to load the Cargo of Neodene at Shell Chemical's Geismar, Louisiana terminal for carriage to Huntsman's Chocolate Bayou, Texas facility. Prior to delivery of the tank barge WEB 135 in Geismar, it was to be clean and fit for its intended purpose. Upon transfer of the Cargo to the tank barge WEB 135, the Cargo was in order and condition. However, after loading, while testing the Cargo's first foot sample it was determined that the Cargo aboard the tank barge WEB 135 became contaminated.

8.

It was subsequently determined that approximately 262,315 pounds of Cargo loaded in to the tank barge WEB 135 was contaminated.

9.

The contamination and loss of the Cargo did not result from any act, omission or negligence on the part of Plaintiffs, but to the contrary, was the result in whole or in part, of the breach of contract and/or charter party, want of workmanlike performance, negligence, and/or want of due care on the part of Blessey for delivering the tank barge WEB 135 to Shell Chemical's Geismar, Louisiana terminal unfit for its intended purpose to carry the Cargo.

10.

As a direct result of the Blessey's breach of contract and/or charter party, want of workmanlike performance, negligence, and/or want of due care, Plaintiffs have suffered damages presently in the amount of approximately $282,337.83, plus survey fees, costs and interest. Huntsman reserves the right to amend its estimation of damages as this matter proceeds.

11.

This action is brought on behalf of the Plaintiffs and on behalf of all parties who may become interested in the aforesaid damage and loss to said shipment of Neodene as their respective interests may ultimately appear.

WHEREFORE, Huntsman, LLC and Liberty International prays that:

1. This Complaint be deemed good and sufficient, and filed into the record of this Honorable Court;

2. Defendant Blessey Marine Services, Inc. be served with a copy of this Complaint, together with summons to appear and answer under oath all and singular the matters aforesaid;

3. After due proceedings are had there be judgment in favor of Plaintiffs Huntsman, LLC and Liberty International and against Defendant Blessey Marine Services, Inc. for all elements of damages allowed by law together with interest thereon, and costs and disbursements; and

4.      Plaintiffs Huntsman, LLC and Liberty International has such other and further relief in the premises as in law and justice it may be entitled to receive.

>Respectfully submitted,
>
>MONTGOMERY BARNETT, L.L.P.
>
>*/s/ Ronald J. Kitto*
>_____
>PHILIP S. BROOKS, JR. (#21501)
>RONALD J. KITTO (#28638)
>1100 Poydras Street, Suite 3300
>New Orleans, LA 70163
>Telephone:     (504) 585-3200
>Facsimile:      (504) 585-7688
>E-mail:            pbrooks@monbar.com
>                       rkitto@monbar.com
>
>*Attorneys for Huntsman, LLC and Liberty International*

**SERVICE: REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

**BLESSEY MARINE SERVICES, INC.**
Through its registered agent for service
Mr. Patrick W. Voss
1515 River Oaks Road East
Harahan, LA 70123